## WRITTEN CONSENT OF THE BOARD AUTHORIZING CHAPTER 11 BANKRUPTCY FILING AND RELATED MATTERS

The following written consents were duly enacted by the Board of Directors (the "Board") of Vacation Group, LLC, the sole member and manager of Quintess, LLC (the "Company"), in lieu of a meeting of the Board, in accordance with the Amended and Restated Limited Liability Company Operating Agreement of Vacation Group, LLC (the "LLC Agreement") and the Delaware Limited Liability Company Act (the "Act") and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution or written consent to the contrary:

RESOLVED, that management of the Company is hereby authorized and directed on behalf of and in the name of the Company to execute and to cause to be filed a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case at such date that management deems appropriate;

FURTHER RESOLVED, that management of the Company has the authority to cause the Company to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case as bankruptcy counsel;

FURTHER RESOLVED, that management of the Company also has the authority to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's Chapter 11 bankruptcy case that management of the Company deems to be in the best interests of the Company, including local bankruptcy counsel;

FURTHER RESOLVED, that in connection with the Company's Chapter 11 bankruptcy case, management of the Company is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which management of the Company deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Board (other than as specifically set forth below). Such actions which management of the Company has the authority to cause the Company to take without any further approval of the Board shall include, but not be limited to, the following: employing and compensating counsel and other professionals (both prior to and after the Company's bankruptcy filing); seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; and commencing and defending litigation involving the Company;

FURTHER RESOLVED, that while management of the Company is authorized, in conjunction with a sales agent, to market the Company and its assets for sale, management of the Company shall not actually consummate any sale of all or substantially all of the Company's assets or cause the Company to file and seek to confirm any plan of reorganization without obtaining the prior approval of the Board.

This Consent may be executed in multiple counterparts all of which together will constitute a single Consent. The foregoing written consent has been executed by at least a majority of the members of the Board as of the 30th day of May, 2016.

*Directors of Vacation Group, LLC*

_____
BEN ADDOMS

_____
PETE ESTLER

_____
KEVIN MCCARTHY

_____
BRUCE BARNET

_____
CARL BERG

FURTHER RESOLVED, that while management of the Company is authorized, in conjunction with a sales agent, to market the Company and its assets for sale, management of the Company shall not actually consummate any sale of all or substantially all of the Company's assets or cause the Company to file and seek to confirm any plan of reorganization without obtaining the prior approval of the Board.

This Consent may be executed in multiple counterparts all of which together will constitute a single Consent. The foregoing written consent has been executed by at least a majority of the members of the Board as of the ___ day of May, 2016.

*Directors of Vacation Group, LLC*

_____
BEN ADDOMS

_____
PETE ESTLER

_____
KEVIN MCCARTHY

*Bruce Barnet* (signature)
BRUCE BARNET

_____
CARL BERG

FURTHER RESOLVED, that while management of the Company is authorized, in conjunction with a sales agent, to market the Company and its assets for sale, management of the Company shall not actually consummate any sale of all or substantially all of the Company's assets or cause the Company to file and seek to confirm any plan of reorganization without obtaining the prior approval of the Board.

This Consent may be executed in multiple counterparts all of which together will constitute a single Consent. The foregoing written consent has been executed by at least a majority of the members of the Board as of the ___ day of May, 2016.

*Directors of Vacation Group, LLC*

_____
BEN ADDOMS

_____
PETE ESTLER

_____
KEVIN MCCARTHY

_____
BRUCE BARNET

_____
CARL BERG

FURTHER RESOLVED, that while management of the Company is authorized, in conjunction with a sales agent, to market the Company and its assets for sale, management of the Company shall not actually consummate any sale of all or substantially all of the Company's assets or cause the Company to file and seek to confirm any plan of reorganization without obtaining the prior approval of the Board.

This Consent may be executed in multiple counterparts all of which together will constitute a single Consent. The foregoing written consent has been executed by at least a majority of the members of the Board as of the ___ day of May, 2016.

**Directors of Vacation Group, LLC**

_____
BEN ADDOMS

_____
PETE ESTLER

_____
KEVIN MCCARTHY

_____
BRUCE BARNET

_____
CARL BERG