## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>QUINTESS, LLC,<br>　　　　　　　　　Debtor. | Case No. 16-19955<br><br>Chapter 11 |

### STIPULATED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO MOTION TO SEAL AND RESCHEDULING HEARING THEREON

The Official Committee of Unsecured Creditors herein (the "Committee") pursuant to a stipulation reached with the Debtor and the Office of the United States Trustee hereby requests pursuant to Rules 9006(b)(1) and 9013 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") enter the attached Stipulated Order thereby (i) enlarging the time in which the Committee may respond to the Expedited First Day Motion For Order Authorizing Debtor To Submit Member Information Under Seal And To Redact Member Information From All Public Filings (Docket No. 10) ("Motion to Seal"); and (ii) rescheduling the hearing in regard to the Motion to Seal and any other matters currently set for hearing in this case on November 2, 2016 and rescheduling until the hearing set in this matter on November 16, 2016 at 3:00 p.m. In support of this motion the Committee hereby states as follows:

　　　　1.　　On October 7, 2016, the Debtor filed its Voluntary Petition herein under chapter 11 of the United States Bankruptcy Code.

　　　　2.　　On October 12, 2016, the Debtor filed the Motion to Seal. At the hearing conducted before this Court on October 14, 2016, this Court entered an order setting October 28, 2016 as the deadline for parties to file written objections to the Motion to Seal and also set a hearing on the Motion to Seal for November 2, 2016 at 4:00 p.m.

　　　　3.　　On October 20, 2016, the Office of the United States Trustee appointed the members of the Official Committee of Unsecured Creditors herein.

　　　　4.　　On October 24, 2016, the Committee retained undersigned counsel.

{Z0139878/1 }

5. Since their engagement on behalf of the Committee, undersigned counsel has been in discussions with Debtor's counsel regarding the issues raised by the Motion to Seal. In an effort to have a further dialogue regarding these issues, the parties have agreed to extend the time in which the Committee must respond to the Motion to Seal. The parties have also agreed to a resetting of the hearing on the Motion until November 16, 2016 at which time the Court has scheduled other matters in regard to the above captioned case.

WHEREFORE, the Committee, pursuant to a stipulation reached with the Debtor and the United States Trustee, hereby requests that the time in which the Committee must respond to the Motion to Seal be enlarged and that any such response be deemed timely filed if filed on or before 5:00 p.m. on November 8, 2016; and any reply to objections be deemed timely filed if filed on or before 5:00 p.m. on November 14, 2016; and that this Court reschedule a hearing in regard to the Motion to Seal and any response filed thereto until November 16, 2016 at 3:00 p.m. The Committee also requests that this Court enter any additional and further relief that this Court deems just and appropriate.

Dated October 28, 2016.

BROWN RUDNICK LLP
By: _s/Sharon I. Dwoskin_
William R. Baldiga
Sharon I. Dwoskin
One Financial Center
Boston, MA 02111
Phone: (617) 856-8174

and

MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC
By: _s/John F. Young_
John Young
1700 Lincoln St., Suite 4550
Denver, Colorado 80203
Phone: (303) 830-0800
*Counsel to the Official Committee of Unsecured Creditors*